UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  8:16-cr-81-T-24JSS |
| | ) | |
| SAMUEL MURAD | ) | |

## **SATISFACTION OF JUDGMENT**

The special assessment, fine and restitution imposed upon Defendant Samuel Murad by the criminal judgment filed herein on December 13, 2016, in the above-entitled cause has been paid. The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the special assessment, fine and restitution ordered in this case.

          Respectfully submitted,

          A. LEE BENTLEY, III
          United States Attorney

By:    s/*Amanda C. Kaiser*
          AMANDA C. KAISER
          Assistant United States Attorney
          Florida Bar Number 83984
          Financial Litigation Unit/TD
          400 North Tampa Street, Suite 3200
          Tampa, Florida 33602
          Telephone: (813) 301-3069
          Facsimile:   (813) 301-3103
          E-mail: FLUDocket.mailbox@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

> Samuel Murad
> Clearwater, FL 33762

s/Amanda C. Kaiser_____
Assistant United States Attorney
